E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 16 2023 12:46 PM

CONSTANCE R. WHITE
COUNTY CLERK
NO: 23-2-09006-9

**IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE**

| | |
|---|---|
| SMITH-THOMAS, JANIE,<br><br>Plaintiff,<br><br>vs.<br>HOME DEPOT U.S.A., INC., a foreign corporation doing business in Washington state, d/b/a HOME DEPOT,<br><br>Defendant(s). | NO.<br><br>COMPLAINT FOR DAMAGES |

Comes now Plaintiff JANIE SMITYH-THOMAS, by and through her attorney, John A. Sterbick, brings this cause of action against Defendant HOME DEPOT U.S.A., INC., d/b/a HOME DEPOT, and alleges the following:

## I. JURISDICTION AND VENUE

1.1 Jurisdiction in this proceeding is proper in the Superior Court of Washington pursuant to RCW 2.08.10.

1.2 Venue of this matter is proper in the County of Pierce pursuant to RCW 4.12.20, which is where the event occurred.

## II. PARTIES

2.1 Plaintiff, Janie Smith-Thomas, is a single individual, residing in Tacoma, Pierce County, Washington, and at all times relevant hereto has been a citizen of the state of Washington (hereafter "Plaintiff").



STERBICK & ASSOCIATES, P.S.
1010 SOUTH I STREET
TACOMA, WA 98405-4555
(253) 383-0140 Phone
(253) 383-6352 Fax

2.2 Defendants, Home Depot U.S.A., Inc., is a corporation with headquarters located in Atlanta, Georgia, doing business in Washington State, including its store located on Tacoma Mall Blvd, in Tacoma, Washington in Pierce County. Defendant Home Depot U.S.A., Inc., does business locally as Home Depot.

## III. FACTS

3.1 On or about August 23, 2020, Plaintiff rented a table saw from Home Depot.

3.2 Defendant, Home Depot, failed to provide the proper safety equipment and safety instructions with the rental of the table saw.

3.3 While using the table saw, two of Plaintiff's fingers were severely cut requiring ligament repair surgery. As a result, Plaintiff no longer has full use of her fingers.

## IV. NEGLIGENCE and CAUSATION

**4.1** Plaintiff hereby alleges and incorporates all of the above paragraphs by reference herein.

4.2 Defendant had a duty to protect the safety of its customers.

4.3 Defendant had a duty to inspect and maintain all equipment that it rents out to customers to ensure the safety of its customers.

4.4 Defendant had a duty to ensure the equipment being rented out to customers has all required safety equipment.

4.5 Defendant had a duty to provide safety instructions to the customers that rent their equipment.

4.6 Defendant was negligent in failing to properly inspect rental equipment prior to renting it to the Plaintiff.



STERBICK & ASSOCIATES, P.S.
1010 SOUTH I STREET
TACOMA, WA 98405-4555
(253) 383-0140 Phone
(253) 383-6352 Fax

4.7 Defendant breached the standard of care to their customer, which was a proximate cause of Plaintiff's injuries and damages.

## V. DAMAGES

5.1 Plaintiff hereby alleges and incorporates all of the above paragraphs by reference herein.

5.2 As a direct and proximate result of the Defendant's negligence, plaintiff has incurred expenses for medical and health care including but not limited to charges incurred for physicians, hospital costs, medications, physical therapy, and other medical and health care that were reasonable and necessary for the treatment of her injuries. Plaintiff continues to suffer from her injuries, including but not limited to the loss of full use of her injured fingers and will continue to incur additional expenses in the future of an unknown amount.

5.2 Defendants' negligence proximately caused injuries and damages to Plaintiff including, but not limited to, serious physical and mental injuries, past and future medical expenses, past and future earnings, past and future pain and suffering, past and future emotional distress, past and future loss of enjoyment of life, and any and all special and general damages allowed by law or otherwise, in the amount to be proven at trial.

## VI. PRAYER FOR RELIEF

WHEREFORE plaintiff prays for judgment in favor of Plaintiff and against Defendants herein as follows:

6.1 For general and special damages in an amount to be proven at trial;

6.2 For all costs and expenses herein;

6.3 For all prejudgment interest on all damages herein;

6.4 For all attorney fees, disbursements, and litigation expenses; and



STERBICK & ASSOCIATES, P.S.
1010 SOUTH I STREET
TACOMA, WA 98405-4555
(253) 383-0140 Phone
(253) 383-6352 Fax

6.5 For such other and further relief as this Court deems just and equitable.

DATED THIS 14th day of August 2023

STERBICK AND ASSOCIATES, P.S.

*/s/ JOHN A. STERBICK*
John A. Sterbick, WSBA #17805
Attorneys for Plaintiff Janie Smith-Thomas



STERBICK & ASSOCIATES, P.S.
1010 SOUTH I STREET
TACOMA, WA 98405-4555
(253) 383-0140 Phone
(253) 383-6352 Fax