UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JANIE SMITH-THOMAS,

           Plaintiff,

    v.

HOME DEPOT USA INC.,

           Defendant.

Case No. C24-5049-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On December 12, 2024, attorney John A. Sterbick filed a "Notice of Withdrawal," which left Plaintiff without representation. (Dkt. # 16.) Pursuant to Local Civil Rule ("LCR") 83.2(b)(1), "[n]o attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court," if withdrawal would leave the party unrepresented. Accordingly, the notice of withdrawal of counsel (dkt. # 16) is hereby STRICKEN. Attorney John A. Sterbick will not be permitted to withdraw until he complies with the requirements of LCR 83.2(b).

//

//

MINUTE ORDER - 1

Dated this 7th day of January, 2025.

                                        Ravi Subramanian
                                        Clerk of Court

                                  By: Tim Farrell
                                        Deputy Clerk

MINUTE ORDER - 2